158 A.3d 567

MOSHE BURSZTYN, PLAINTIFF–PETITIONER, v. KAYLA BURSZTYN, DEFENDANT–RESPONDENT.

January 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002572–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

158 A.3d 567

NORTH JERSEY MEDIA GROUP INC., PLAINTIFF–PETITIONER, v. STATE OF NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF LAW, AND ELISE GOLDBLAT, IN HER CAPACITY AS OPRA CUSTODIAN FOR THE DIVISION OF LAW, DEFENDANTS–RESPONDENTS.

January 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005833–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.